UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD S. THURMOND,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA GOVERNOR JOE LOMBARDO (former Sheriff of LVMPD), NEVADA HIGHWAY PATROL CHIEF PATRICK J. CONMAY, NEVADA HIGHWAY PATROL SERGEANT CHAD POLLOCK #609, TROOPER CHARLES ABRANTE #663, CLARK COUNTY DETENTION CENTER, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, and DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-02266-JAD-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Authorization to File Electronically. ECF No. 5. Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

IT IS HEREBY ORDERED that Plaintiff's Motion for Authorization to File Electronically (ECF No. 5) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same.

IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service of Documents to the Clerk of Court on or before **January 17, 2025**.

IT IS FURTHER ORDERED that Plaintiff is not authorized to file electronically until the Consent form is submitted. Upon timely submitting the Consent form, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure his CM/ECF account.

Dated this 19th day of December, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1