UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Edwan Shando Thurmond, | Case No. 2:24-cv-02266-JAD-EJY |
| Plaintiff | |
| v. | **Order Dismissing and Closing Case** |
| Joe Lambardo, et al., | [ECF Nos. 8, 13, 17] |
| Defendants | |

Edwan Shando Thurmond filed this civil-rights complaint against the Las Vegas Metropolitan Police Department, the Clark County Detention Center, and various current and former law-enforcement personnel over his "illegal detention," the "unconstitutional seizure" of his property, the "misuse of" his "trademarked and copyrighted name," and other alleged constitutional violations.[1] After the defendants filed motions to dismiss his suit,[2] Thurmond filed his own dismissal request, asking to withdraw his complaint because he 'has determined that it is in his best interest" to do so.[3]

Rule 41(a)(1) of the Federal Rules of Civil Procedure permits a plaintiff to voluntarily dismiss his case "before the opposing party serves either an answer or a motion for summary judgment."[4] Although the defendants have filed motions to dismiss,

---

[1] ECF No. 1.
[2] ECF Nos. 8, 13.
[3] ECF No. 17.
[4] Fed. R. Civ. P. 41(a)(1).

1

none has answered or moved for summary judgment. IT IS THEREFORE ORDERED that Thurmond's motion to withdraw his complaint is construed as a notice of voluntary dismissal under FRCP 41(a)(1) and it **[ECF No. 17] is GRANTED. This case is DISMISSED** without prejudice, and the pending motions to dismiss **[ECF Nos. 8, 13] are DENIED as moot.** The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
January 24, 2025